IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH O. HENLEY,

        Plaintiff,

v.                             Case No. 3:05cv295/RV/MD

GORDON R. ENGLAND,
SECRETARY OF THE NAVY,

        Defendant.
_____/

## ORDER AND NOTICE

Defendant's motion for summary judgment (doc. 26-28) will be taken under advisement by the Court on **February 9, 2007**.  Because the Court does not contemplate scheduling a hearing on this motion, the parties are directed to file and serve affidavits and any other documents or materials authorized to be filed under the Federal Rules of Civil Procedure prior to the above date.  Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.  A motion for summary judgment will result in a final judgment being entered for the moving party, of course, if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials properly filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.  Rule 56, Fed.R.Civ.P.; Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985); Moore v. State of Florida, 703 F.2d 516 (11th Cir. 1983).

DONE AND ORDERED this     16th     day of January, 2007.

                                      /s/*Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior U. S. District Judge**